UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALAN MICHAEL BARTLETT,

                Petitioner,

v.

PAUL PENZONE,

                Respondent.

Case No. C18-1574-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     Petitioner's petition for writ of habeas corpus (Dkt. 9-1) and this action are DISMISSED with prejudice for lack of jurisdiction.

(3)     Petitioner's application to proceed with this action *in forma pauperis* (Dkt. 9) is DENIED as moot.

(4)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING ACTION
PAGE - 1

(5) The Clerk is directed to send copies of this Order to petitioner and to the Honorable James P. Donohue.

DATED this 13th day of March, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2